No. 75–5536. WASHINGTON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–5539. CURRIER *v.* CITY OF PASADENA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–5554. BEATTY *v.* ALSTON, WORKHOUSE SUPERINTENDENT. Sup. Ct. Ohio. Certiorari denied.

No. 75–5566. WHITEHOUSE *v.* DERAMUS, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 75–350. PACIFIC LIGHTING SERVICE CO. ET AL. *v.* FEDERAL POWER COMMISSION. C. A. 9th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 75–359. CALIFORNIA ET AL. *v.* FEDERAL POWER COMMISSION. C. A. 9th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 75–403. DAYTON BOARD OF EDUCATION ET AL. *v.* BRINKMAN ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.